UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,                    CASE NO.: 2:99-cv-70785-AC
                                             HON. AVERN COHN

                        Plaintiff,

vs.

MELISSA GATES,

                        Defendant.

_____/

### ORDER DENYING REQUEST TO QUASH GARNISHMENT

This matter came on for hearing the 21th day of April, 2011, upon the Defendant's

Request for Hearing to Quash Garnishment.  Present were Attorney Deborah A. Winslow of

Shermeta, Adams & Von Allmen, P.C., counsel for the Plaintiff United States of America.and

Defendant Melissa Gates.

IT IS ORDERED that Defendant's Request  to Quash Garnishment is DENIED for the

reasons stated on the record.

IT IS SO ORDERED.


Dated:  April 22, 2011                     S/Avern Cohn
                                           _____
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Melissa Clements aka
Gates, 21640 Hillside Dr. , Apt B1, Clinton Township, MI 48035 and the attorneys of record on
this date, April 22, 2011, by electronic and/or ordinary mail.


                                           S/Julie Owens
                                           _____
                                           Case Manager, (313) 234-5160